AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO
2019 SEP 30 PM 5: 13
CLERK-LAS CRUCES

United States of America
v.
Aaron Tyler Stroud

Case No. 19mj3448

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 29, 2019 in the county of Dona Ana in the _____ District of New Mexico, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. §912 | Impersonation of an officer of the United States |

This criminal complaint is based on these facts:

On or about September 29, 2019, Aaron Tyler Stroud falsely pretended to be a United States Deputy Marshal, an officer of the United States, in violation of Title 18 U.S.C. § 912.

☑ Continued on the attached sheet.

_____
*Complainant's signature*
Cory Price, Deputy U.S. Marshal
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 9/30/19

_____
*Judge's signature*
Gregory J. Fouratt, U.S. Magistrate Judge
*Printed name and title*

City and state: Las Cruces, New Mexico

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Cory Price, being first duly sworn, hereby depose and state as follows:

1. This affidavit is made in support of a criminal complaint that Aaron Tyler Stroud, hereinafter referred to as STROUD, falsely pretended to be a United States (U.S.) Deputy Marshal, an officer of the United States, in violation of Title 18, U.S.C. § 912, Impersonation of an officer of the United States.

2. I am a Deputy with the United States Marshals Service and have been so employed since February 2010, and I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C). I am currently assigned to the United States Marshals Service Task force in Las Cruces where I am assigned to investigate criminal matters. By virtue of my employment with the USMS, I am authorized to conduct investigations into violations of the laws.

3. I am familiar with the facts and circumstances of the investigation into STROUD. The information set forth in this affidavit has been derived from my own investigation or communicated to me by other sworn law enforcement offices or reliable sources. This affidavit is a summary of facts, provided in order to establish probable cause. This affidavit does not set forth all of my knowledge regarding this investigation.

## FACTS

4. On September 29, 2019, at approximately 12:15am, Officer Nanez with Las Cruces Police Department was dispatched to a call at 2200 Mars Avenue in Las Cruces, New Mexico. Upon arriving, Officer Nanez was approached by STROUD, who identified himself by a different name, and stated he was a U.S Marshal located out of the El Paso sector. STROUD stated he routinely patrols the area due to the fact there are

multiple break-ins. STROUD was unable to provide his address, saying that he was new to the area, but during the conversation said that his wife was a school teacher in the area. STROUD was observed to be wearing a t-shirt with the words "U.S. Marshal" on it, carrying a gun on his hip, and wearing a badge of a six point star with a circle around it near the firearm. STROUD was also carrying a radio. STROUD asked Officer Nanez if Officer Nanez needed help with anything.

5.      While taking the report at 2200 Mars, Officer Nanez heard a confrontation. STROUD told Officer Nanez that the male and female at the residence were involved in an altercation. Officer Nanez began talking with the male, and asked STROUD to speak with the female.

6.      Officer Nanez later spoke with STROUD, to which STROUD said he routinely patrolled the area, and while doing so, he heard a verbal altercation and approached. At one point, STROUD was rushed and pushed by the male. STROUD told Officer Nanez that he ordered the two parties to stay away from each other. Officer Nanez observed STROUD to have blood on him, which STROUD said was from when the male resident pushed STROUD.

7.      Upon the arrival of backup, officers conducted additional interviews of the individuals involved in the domestic altercation. During the interviews, the male and female involved in the altercation told officers that someone portraying himself as a U.S. Marshal approached them. This male, believed to be STROUD, was wearing a dark in color shirt that said "Police, U.S. Marshal". This male was wearing a belt with a holster on it and a badge on the belt. STROUD walked towards the vehicle that the individuals were in, and pointed his flashlight and handgun at them. STROUD commanded them to

2

show him their hands and step away from the vehicle. The male occupant of the vehicle told the female occupant to get back into the vehicle, turn on the hazard lights, and drive one block west and wait for police officers to arrive on scene. While doing so, the vehicle occupants observed STROUD fire a shot into the air. While officers continued to investigate and search for shell casings, STROUD left the scene and was unable to be located by officers.

8. The officer that STROUD portrayed himself as is currently serving as a U.S. Deputy Marshal located out of the El Paso sector. This Deputy Marshal's wife is employed as a school teacher.

9. On September 30, 2019, U.S Marshals and Las Cruces Police Department was positively able to identify STROUD as the man posing as a U.S. Marshal on September 29, 2019. Officers confirmed STROUD's driver's license photograph with the body camera footage obtained from officers involved in the call at 2200 Mars Avenue on September 29, 2019.

10. United States Deputy Marshals are considered officers and employees of the United States under Title 18 U.S.C. § 912, and are issued badges that are a six point star surrounded by a circle. Law enforcement officers, to include U.S. Deputy Marshals, are known to wear their duty firearm on their hip, next to their badge.

## CONCLUSION

11.    Based on the facts provided above, I submit there is probable cause to believe that on or about September 29, 2019, STROUD falsely pretended to be a United States Deputy Marshal, an officer of the United States, in violation of Title 18 U.S.C. § 912, Impersonation of an officer of the United States.

_____
Cory Price
Deputy United States Marshal

SWORN TO AND SUBSCRIBED before me this 30th day of September 2019.

_____
The Honorable Gregory J. Fouratt
United States Magistrate Judge

4